# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MC ROBOTICS LLC,<br><br>      Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION,<br><br>      Defendant. | Civil Action No. 2:16-cv-1183-JRG-RSP |

## ORDER GRANTING AGREED MOTION TO STAY ALL PENDING DEADLINES AND NOTICE OF SETTLEMENT

CAME ON THIS DAY for consideration of the Agreed Motion to Stay Pending Deadlines and Notice of Settlement between Plaintiff, MC Robotics LLC, and Defendant, iRobot Corporation, and the Court, being of the opinion that said motion should be GRANTED, hereby:

ORDERS that all deadlines between MC Robotics LLC, and Defendant iRobot Corporation are stayed 30 days, up to and including January 5, 2017. If a motion to dismiss has not been filed by January 5, 2017, the parties are ORDERED to appear for a status conference on January 6, 2017 at 9:00 A.M.

**SIGNED this 7th day of December, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE